## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW HAMPSHIRE

**United States of America**

    **v.**                              Case No. 04-cr-292-01-PB

**Stephen Mainero**

**O R D E R**

The defendant has moved to continue the October 4, 2005 trial in the above case, citing the need for additional time to finalize plea negotiations. The government does not object to a continuance of the trial date.

Accordingly, in order to allow the parties additional time to negotiate a plea agreement or properly prepare for trial, the court will continue the trial from October 4, 2005 to December 6, 2005. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

```
     The court will hold a final pretrial conference on November

22, 2005 at 3:45 p.m.

     SO ORDERED.


                                    _____
                                    Paul Barbadoro
                                    United States District Judge

September 21, 2005

cc:  Bjorn Lange, Esq.
     Mark Howard, AUSA
     United States Probation
     United States Marshal
```