```
                 UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

    **v.**                                    Case No. 04-cr-202-01-PB

**Stephen Mainero**


**O R D E R**

The defendant has moved to continue the December 6, 2005 trial in the above case, citing the need for additional time to resolve a pending state action in Hillsborough County and engage in plea negotiations or otherwise prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reasons and to allow the parties additional time to properly prepare for trial, the court will continue the trial from December 6, 2005 to February 7, 2006. In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

      SO ORDERED.


                                                  /s/Paul Barbadoro
                                                  Paul Barbadoro
                                                  United States District Judge

December 5, 2005

cc:  Bjorn Lange, Esq.
     Mark Howard, AUSA
     United States Probation
     United States Marshal